Devin Fok (SBN #256599)
     devin@devinfoklaw.com
**DHF Law, PC**
16 North Marengo Avenue
Suite 403
Pasadena, CA 91101
Ph: (310) 430-9933
Fax: (818) 484-2023

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KURTIS BECKER,<br><br>          Plaintiff(s),<br><br>     vs.<br><br>FIRST ADVANTAGE, a foreign corporation doing business in California; and DOES 1-10 inclusive,<br>          Defendants. | CASE NO.:<br><br>**COMPLAINT FOR DAMAGES** |

       Plaintiff KURTIS BECKER (hereafter "Plaintiff") complains against Defendant FIRST ADVANTAGE, a foreign corporation doing business in California and DOES 1-10 inclusive (hereinafter collectively as "Defendants"), and alleges as follows:

//

//

PAGA COMPLAINT FOR DAMAGES

**NATURE OF THE ACTION**

1.     Plaintiff KURTIS BECKER ("Plaintiff") was the victim of an erroneous employment background check report (hereafter as "consumer report[1]") issued by Defendant FIRST ADVANTAGE ("First Advantage") causing him to be denied employment by his prospective employer LOWE'S ("Lowe's").

2.     The background check report erroneously disclosed a misdemeanor narcotics conviction as a felony.

3.     Consequently, Plaintiff was summarily denied employment by Lowe's.

**FIRST CAUSE OF ACTION**

**(Violation of 15 U.S.C. §1681e(b) and Cal. Civ. C. §1786.20(b)  against CRA Defendant and Does 1-10)**

4.     Plaintiff hereby incorporates by reference the allegations of each and every paragraph above.

5.     Defendant willfully and/or recklessly violated 15 U.S.C. §1681e(b) and Cal. Civ. C. §1786.20(b) by failing to utilize reasonable procedures to ensure the maximum possible accuracy of the information.

6.     Specifically, the error alleged above could have been easily prevented if the Defendant had used reasonable procedures to ensure the maximum possible accuracy of the information reported.

7.     Plaintiff alleges that Defendant's actions were willful and/or reckless as Defendant knew or should have known, that utilizing the procedure it used in procuring criminal history information on Plaintiff would create serious inaccuracies in its reports.

---

[1] Formal definition in 15 U.S.C. §1681a(d)(1).

COMPLAINT FOR DAMAGES

8.     Alternatively, Plaintiff alleges that Defendant's actions were negligent as Defendant did not utilize reasonable procedures to ensure that the reported information was accurate.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

a.  For a declaration that Defendants' practices violated the statutes as specified above;

b.  For actual, statutory, compensatory, special, general, and punitive damages according to proof and as applicable against all Defendants;

c.  For interest upon such damages as permitted by law;

d.  For an award of reasonable attorneys' fees provided by law under all applicable statutes;

e.  For the costs of suit;

f.  For injunctive relief as applicable; and

g.  For such other orders of the Court and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby request and demand a jury trial on all issues triable by jury.

DATED: March 29, 2018          DEVIN H. FOK ESQ.

-3-

COMPLAINT FOR DAMAGES

1

**DHF LAW, P.C.**

2

3

4     By: _____

5          Devin H. Fok

6          Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

COMPLAINT FOR DAMAGES