DHF LAW, P.C.
Devin H. Fok, Esq. (SBN 256599)
16 North Marengo Avenue
Pasadena, CA 91101
Ph: (888) 651-6411
Fax: (818) 484-2023
devin@devinfoklaw.com

*Attorneys for Plaintiff*
***KURTIS BECKER***

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KURTIS BECKER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FIRST ADVANTAGE, a foreign corporation doing business in California; and DOES 1-10<br><br>　　　　Defendants | Case No. 2:18-CV-02572-AB-JC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

　　Plaintiff hereby voluntarily dismisses this lawsuit pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i). Defendant has not yet served any responsive pleadings in this action including an answer. Such dismissal shall be without prejudice and the parties bear their respective fees and costs.

1
2           Respectfully submitted,
3
4             /s/ Devin H. Fok
5         Devin H. Fok, Esq. (SBN 256599)
        DHF LAW, P.C.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

NOTICE OF VOLUNTARY DISMISSAL - 2